DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
MICHAEL EDWARD CARTER

Chapter 13
Case No. 12-1-0640AJ13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $165.38 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 009 | CLERK OF THE COURT FOR UNITED CREDIT RECOVERY  LLC PO BOX 953245 LAKE MARY, FL 32795 | $165.38 |

Dated:    January 28, 2015

/s/ CECILIA MARCELO
CECILIA MARCELO
Receipts Administrator