MARTHA G. BRONITSKY
CHAPTER 13 TRUSTEE STANDING TRUSTEE
22320 FOOTHILL BLVD. STE 150
Telephone: (510) 266-5580
Fax: (510) 266-5589

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: STEVEN HAYES ) Case No. 11-43827 CN13
) 
Debtor(s) ) CHAPTER 13
) **NOTICE OF UNCLAIMED**
) **DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $155.14 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amt |
|---|---|---|---|
| 11-43827 CN 13 | UNITED CREDIT RECOVERY LLC<br>PO BOX 953245<br>LAKE MARY, FL 32795 | $ 1,277.15 | $ 155.14 |

Total Unclaimed Dividends  $ 155.14

Dated: September 17, 2015

_____
/s/ Martha G. Bronitsky, Chapter 13 Trustee